# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sky Bridge Resorts Community, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-3469754** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**Sky Bridge Resorts Community, L.L.C.**<br>**c/o Pivot Capital Group, L.L.C.**<br>**1275 Glenlivet Drive-Suite 100**<br>**Allentown, PA**<br>ZIP Code **18106** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lehigh** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Hot Springs, Arkansas** | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sky Bridge Resorts Community, L.L.C.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Sky Bridge Resorts Community, L.L.C. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Mary E. Augustine
Signature of Attorney for Debtor(s)

**Mary E. Augustine 4477**
Printed Name of Attorney for Debtor(s)

**Ciardi Ciardi & Astin**
Firm Name

**919 N. Market Street
Suite 700
Wilmington, DE 19801**
Address

**302-658-1100  Fax: 302-658-1300**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ John Surdoval
Signature of Authorized Individual

**John Surdoval, Managing Member of Pivot**
Printed Name of Authorized Individual

**Capital Group, L.L.C., Sole Member of Debtor**
Title of Authorized Individual

2-2-2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## SKY BRIDGE RESORTS COMMUNITY, L.L.C.

## CONSENT OF THE SOLE MANAGING MEMBER OF SKY BRIDGE RESORTS COMMUNITY, L.L.C. TO TAKE ACTION WITHOUT A MEETING
DATED THE 2ⁿᵈ DAY OF FEBRUARY, 2010

THE UNDERSIGNED, the Sole Managing Member (the "Manager") of Sky Bridge Resorts Community, L.L.C., a Delaware Limited Liability Company (the "Company"), does hereby adopt the following resolutions, pursuant to sections 18-404(d) and 18-302(d) of the Delaware Limited Liability Company Act, without a meeting:

WHEREAS, the management of the Company has considered the financial and operational aspects of the Company's business; and

WHEREAS, the management of the Company has reviewed the historical performance of the Company, and the current and long-term liabilities of the Company; and

WHEREAS, the management of the Company intends for the Company to file a voluntary petition under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the management of the Company has reviewed, considered, and received the recommendations of the management of the Company and professionals and advisors to the Company as to the terms of the proposed restructuring to be implemented during the course of the bankruptcy proceeding.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1. After consultation with and in reliance on the advice of management and the outside attorneys to the Company, in the judgment of the management of the Company, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code.

2. John Surdoval is directed, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, affidavits and other papers or documents, and to take any and all action which he deems necessary or proper to obtain such relief.

3. The Company, through John Surdoval, is directed, authorized and empowered to employ on behalf of the Company, Ciardi Ciardi & Astin, a law firm with experience and expertise in the areas of workouts, non-bankruptcy reorganizations and bankruptcy reorganizations in similar situations to that of the Company.

4. John Surdoval is directed, authorized and empowered, in the name of, and on behalf of the Company to take or cause to be taken any and all actions to execute and/or file or cause to be filed any and all documentation or pleadings, including but not limited, to (i) pleadings seeking court approval to sell all, or substantially all, of the assets of the Company

pursuant to the applicable provisions of the Bankruptcy Code, whether in furtherance of a plan of reorganization or otherwise, (ii) pleadings seeking court approval of debtor-in-possession financing, and (iii) agreements including, but not limited to, debtor in possession credit agreements, debtor in possession financing term sheets, (iv) restructuring term sheets and restructuring agreements, in each case on such terms and conditions as are available to the Company and reasonable under the circumstances.

5. John Surdoval is directed, authorized and empowered, in the name of, and on behalf of the Company to take or cause to be taken, any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in his discretion, may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

6. All of the acts and transactions of management of the Company that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name and on behalf of the Company prior to the effective date of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned in its capacity as Manager of the Company has executed this written consent as of the day first written above. Facsimile signatures shall have the same effect as original signatures.

By: _____
John Surdoval, Sole Managing Member of Pivot Capital Group, L.L.C., Sole Managing Member of Sky Bridge Resorts Community, L.L.C.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re **Sky Bridge Resorts Community, L.L.C.**  Case No. _____

Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| BNF Engineering<br>28 Airport Road<br>Hot Springs National Park, AR 71913 | BNF Engineering<br>28 Airport Road<br>Hot Springs National Park, AR 71913 | Trade debt | | 5,000.00 |
| BSA, Inc.<br>2219 Gina St.<br>Portage, IN 46368 | BSA, Inc.<br>2219 Gina St.<br>Portage, IN 46368 | Estimated capital borrowing | | 175,000.00 |
| Chisenhall, Nestraud & Julian, PA<br>400 West Capitol, Suite 2840<br>Little Rock, AR 72201 | Chisenhall, Nestraud & Julian, PA<br>400 West Capitol, Suite 2840<br>Little Rock, AR 72201 | Professional fees | | 120,000.00 |
| Conrad Properties<br>2304 Fawnwood<br>Plano, TX 75093 | Conrad Properties<br>2304 Fawnwood<br>Plano, TX 75093 | Estimated capital borrowings | | 100,000.00 |
| FTC One, LLC<br>P.O. Box 5258<br>Fullerton, CA 92838-5258 | FTC One, LLC<br>P.O. Box 5258<br>Fullerton, CA 92838-5258 | Estimated capital borrowings | | 325,000.00 |
| Garland County, Arkansas Tax Office<br>200 Woodbine<br>Hot Springs National Park, AR 71901 | Garland County, Arkansas Tax Office<br>200 Woodbine<br>Hot Springs National Park, AR 71901 | Estimated tax | | 10,000.00 |
| Hot Springs County Arkansas Tax Office<br>210 Locust Street<br>Malvern, AR 72104 | Hot Springs County Arkansas Tax Office<br>210 Locust Street<br>Malvern, AR 72104 | Estimated tax | | 10,000.00 |
| Jagjit S. Dhesi<br>2202 Avalon Dr.<br>Buffalo Grove, IL 60089 | Jagjit S. Dhesi<br>2202 Avalon Dr.<br>Buffalo Grove, IL 60089 | Estimated capital borrowings | | 150,000.00 |
| Rhonda and Bruce Barry<br>1000 Howe Road<br>College Station, TX 77845 | Rhonda and Bruce Barry<br>1000 Howe Road<br>College Station, TX 77845 | Estimated capital borrowings | | 180,000.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   Sky Bridge Resorts Community, L.L.C.
                     Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ridges Imp Dist of Garland County, Ark. Williams & Anderson, PLLC Attn: Ms. Michelle S. Allgood 111 Center Street, 22d Floor Little Rock, AR 72201 | Ridges Imp Dist of Garland County, Ark. Williams & Anderson, PLLC Attn: Ms. Michelle S. Allgood Little Rock, AR 72201 | Estimated tax | | 612,000.00 |
| Ron Albers 4500 Knightsbridge McKinney, TX 75070 | Ron Albers 4500 Knightsbridge McKinney, TX 75070 | Estimated capital borrowings | | 165,000.00 |
| Ruth Ann Sabol 2219 Gina Street Portage, IN 46368 | Ruth Ann Sabol 2219 Gina Street Portage, IN 46368 | Estimated capital borrowings | | 140,000.00 |
| Spears Ranch Land 120 N. Washington Ave. Bryan, TX 77803 | Spears Ranch Land 120 N. Washington Ave. Bryan, TX 77803 | Estimated capital borrowings | | 175,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Capital Group, L.L.C., Sole Member of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   2-2-2010   Signature   _/s/ John Sordoval_
                                                     John Sordoval, Managing Member of Pivot Capital Group, L.L.C., Sole Member of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re    __Sky Bridge Resorts Community, L.L.C.__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Sky Bridge Resorts Community, L.L.C.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**John Surdoval**
**c/o Pivot Capital Group, L.L.C.**
**1275 Glenlivet Dr., Suite 100**

**Pivot Capital Group, L.L.C.**
**1275 Glenlivet Drive**
**Suite 100**
**Allentown, PA 18106**

☐ None [*Check if applicable*]

_____
Date

___/s/ Mary E. Augustine___
**Mary E. Augustine (No. 4477)**
Signature of Attorney or Litigant
Counsel for    __Sky Bridge Resorts Community, L.L.C.__
**Ciardi Ciardi & Astin**
**919 N. Market Street**
**Suite 700**
**Wilmington, DE 19801**
**302-658-1100 Fax:302-658-1300**

# United States Bankruptcy Court
## District of Delaware

In re: **Sky Bridge Resorts Community, L.L.C.**
Debtor

Case No. _____
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Pivot Capital Group, L.L.C.<br>1275 Glenlivet Drive<br>Suite 100<br>Allentown, PA 18106 | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Capital Group, L.L.C., Sole Member of Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 2-2-2010

Signature: *[signed]* John Surdoval, Managing Member of Pivot Capital Group, L.L.C., Sole Member of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## United States Bankruptcy Court
### District of Delaware

In re __Sky Bridge Resorts Community, L.L.C.__
Debtor(s)

Case No. _____
Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, __John Surdoval__ of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __2-2-2010__

_____
John Surdoval, Managing Member of Pivot Capital Group, L.L.C.,
Sole Member of Debtor
Signer/Title

BNF Engineering
28 Airport Road
Hot Springs National Park, AR 71913

BSA, Inc.
2219 Gina St.
Portage, IN 46368

Chisenhall, Nestraud & Julian, PA
400 West Capitol, Suite 2840
Little Rock, AR 72201

Conrad Properties
2304 Fawnwood
Plano, TX 75093

FTC One, LLC
P.O. Box 5258
Fullerton, CA 92838-5258

Garland County, Arkansas Tax Office
200 Woodbine
Hot Springs National Park, AR 71901

Hot Springs County Arkansas Tax Office
210 Locust Street
Malvern, AR 72104

Israel Indonajae
Tommie Harris Mortgage
390 W. Camargo Crt.
Vernon Hills, IL 60061

Jagjit S. Dhesi
2202 Avalon Dr.
Buffalo Grove, IL 60089

Metropolitan National Bank
Attn: Ms. Anne Hendrickson
PO Box 8010
Little Rock, AR 72203-8010

MP Value Fund 5, LLC
1640 School Street
Moraga, CA 94556

Rhonda and Bruce Barry
1000 Howe Road
College Station, TX 77845

Ridges Imp Dist of Garland County, Ark.
Williams & Anderson, PLLC
Attn: Ms. Michelle S. Allgood
111 Center Street, 22d Floor
Little Rock, AR 72201

Ron Albers
4500 Knightsbridge
McKinney, TX 75070

Ruth Ann Sabol
2219 Gina Street
Portage, IN 46368

Spears Ranch Land
120 N. Washington Ave.
Bryan, TX 77803