# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------x
:
In re: :  Chapter 11
:
Sky Bridge Resorts Community, L.L.C., :  Case No. 10-10345 (KG)
:
          Debtor and Debtor in Possesion. :
:  Sale Order Objection Deadline:
:  September 24, 2010 at 4:00 p.m. (ET)
:  Sale Hearing Date:
:  October 1, 2010 at 10:00 a.m. (ET)

---------------------------------------------------------------------------x

## NOTICE OF PROPOSED SALE
## OF DEBTOR'S REAL PROPERTY CONSISTING OF
## 1,637 ACRES IN THE RIDGES IMPROVEMENT DISTRICT #2,
## GARLAND AND HOTSPRINGS COUNTIES, ARKANSAS

      **PLEASE TAKE NOTICE** that Sky Bridge Resorts Community, L.L.C., the above-captioned debtor and debtor in possession ("Sky Bridge"), proposes to sell[1] under section 363 of the Bankruptcy Code (the "Sale"), free and clear of all liens, claims, encumbrances and interests as defined in section 363(f) of the Bankruptcy Code, its real property identified as 1,637 acres located in the Ridges Improvement District #2, Garland and Hotsprings Counties, Arkansas (the "Property").

      **PLEASE TAKE FURTHER NOTICE** that **objections to the proposed Sale must be in writing, filed, and served so as to be actually received by September 24, 2010 at 4:00 p.m. (Eastern Time)** by: (i) the attorneys for Sky Bridge, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801 (Attn: Steven K. Kortanek and Ericka F. Johnson); (ii) the attorneys for MP Value Fund 5 and affiliated secured creditors (collectively, "MPF"), Kathleen M. Miller, Smith, Katzenstein & Furlow, 800 Delaware Avenue, 7th Floor, PO Box 410, Wilmington, DE 19899; (iii) the attorneys for Metropolitan National Bank ("Metropolitan"), Christopher M. Samis, Esq., Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801; and (iv) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Jane Leamy), collectively, the "Objection Notice Parties").

      **PLEASE TAKE FURTHER NOTICE** that **Offers to Purchase the Property must be submitted so that they are actually received by no later than 8:00 p.m. (Eastern Time) on September 27, 2010** by (i) the attorneys for Sky Bridge, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801 (Attn: Steven K. Kortanek or Ericka F. Johnson); (ii) the attorneys for MPF, Kathleen M. Miller, Smith, Katzenstein & Furlow, 800 Delaware Avenue, 7th Floor, PO Box 410, Wilmington, DE 19899; and (iii) the attorneys for Metropolitan, Christopher M. Samis, Esq., Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801.

---

[1] Sky Bridge reserves the right to dispose of the Property other than by Sale, subject to any restrictions on such right that may be imposed by order of the Court.

Any and all Offers will be considered by Sky Bridge provided they meet the following criteria. Any party submitting an Offer must submit an executed Agreement of Sale in a form reasonably satisfactory to Sky Bridge, in consultation with MPF and Metropolitan. Offers must be accompanied by a deposit (the "Deposit") by wire transfer to the trust account of Sky Bridge's counsel of not less than 10% of the purchase price contained in the Offer. The terms of the Agreement of Sale under any Offer shall provide that the Deposit shall be forfeited as liquidated damages if the offeror is approved by the Court as the purchaser but fails to close in breach of its obligations under the Agreement of Sale. Offers must be unconditional and not contingent upon any event, including, without limitation, any due diligence investigation, the receipt of financing and further offer approval, including from any board of directors, shareholders or otherwise. Offers shall not be shared among offering parties. All Offers are irrevocable until twenty-one (21) days after the Sale Hearing. Only Offers which are reasonably determined by Sky Bridge to meet the above referenced conditions, in consultation with MPF and Metropolitan (a "Qualified Offer") shall be considered at the Auction, and any party whose Offer is not deemed a Qualified Offer may not participate in the Auction.

**PLEASE TAKE FURTHER NOTICE** that an **auction (the "Auction") of the Property will be conducted at the Wilmington, Delaware office of Womble, Carlyle, Sandridge & Rice PLLC, on September 29, 2010 at 10:00 a.m. (Eastern Time)**. The Auction will continue until such time as the highest or otherwise best office is determined. Sky Bridge may adopt rules for the Auction process that, in its judgment, will better promote the goals of the Auction process. Sale Procedures will be established and will be available upon request made to the attorneys for Sky Bridge, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, Attn: Steven K. Kortanek or Ericka F. Johnson, Telephone (302) 252-4320, Facsimile (302) 252-4330.

As soon as practicable after conclusion of the Auction, Sky Bridge will file a notice of highest and best bid and a final form of proposed Sale Order as agreed upon between Sky Bridge and the successful bidder.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing (the "Sale Hearing") on October 1, 2010 at 10:00 a.m. (Eastern Time) to consider approval of Sky Bridge's request for authority to sell the Property free and clear to the party determined by Sky Bridge to be the highest and best offeror. The Sale Hearing may be rescheduled on such other date and time that the Court establishes, and may be adjourned without further notice other than by announcement at the Sale Hearing.

Dated: September 8, 2010
      Wilmington, Delaware

                                      WOMBLE CARLYLE SANDRIDGE
                                      & RICE, PLLC

                                      By: */s/ Steven K. Kortanek*
                                          Steven K. Kortanek (DE Bar No. 3106)
                                          Ericka F. Johnson (DE Bar No. 5024)
                                          222 Delaware Avenue, Suite 1501
                                          Wilmington, DE 19801
                                          Telephone: (302) 252-4320
                                          Facsimile: (302) 252-4330
                                          E-mail: skortanek@wcsr.com
                                          E-mail: erjohnson@wcsr.com