**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re : | Chapter 11 |
| Sky Bridge Resorts Community, L.L.C., | Case No. 10-10345 (KG) |
| Debtor. | |

**AMENDED[1] NOTICE OF AGENDA OF MATTER SCHEDULED FOR TELEPHONIC STATUS CONFERENCE ON SEPTEMBER 10, 2010 AT 11:30 A.M.**

*PLEASE NOTE THE HEARING IS BY TELECONFERENCE ONLY THROUGH COURTCALL*

1. **Telephonic[2]** Status Conference Regarding the Chapter 11 Case.

   Related Documents:

   A. Certification of Counsel Regarding Proposed Form of Backstop Sale Procedures Order (Docket No. 96, Date Filed: 9-9-10)

   Status: This matter is scheduled to go forward. The Debtor has submitted the above-referenced proposed order with the consent of the MacKenzie Patterson parties, to establish a Backstop Sale Procedure as set forth in said proposed order.

Dated: September 9, 2010
Wilmington, Delaware

    WOMBLE CARLYLE SANDRIDGE
    & RICE, PLLC

    By: /s/ Steven K. Kortanek
        Steven K. Kortanek (DE Bar No. 3106)
        Ericka F. Johnson (DE Bar No. 5024)
        222 Delaware Avenue, Suite 1501
        Wilmington, DE 19801
        Telephone: (302) 252-4320
        E-mail: skortanek@wcsr.com

    *Counsel to the Debtor and Debtor in Possession*

---

[1] **All amended items appear in bold.**

[2] All telephonic court appearances must be arranged through CourtCall, LLC (T: 866-582-6878 or F: 866-533-2946).